**2017–0614. State ex rel. Kanter v. Cleveland Hts.**
On appellee's motion to strike notice of appeal and memorandum in support of jurisdiction. Motion denied. Appellee may file a memorandum in response within 30 days.

**2015–1638. Disciplinary Counsel v. Bartels.**
On application for reinstatement. N. Shannon Bartels, Attorney Registration No. 0064012, reinstated to the practice of law.

**2016–1736. State ex rel. Matheny v. Knece.**
In Prohibition. On relators' application for dismissal. Application granted. Cause dismissed.

**2017–0408. State v. Smith.**
Ashtabula App. No. 2015–A–0027, 2016-Ohio-8420. Appellant has not filed a memorandum in support of jurisdiction, due June 16, 2017, and therefore has failed to prosecute this case with due diligence. Cause dismissed.

**2017–0589. State ex rel. Klein v. Precision Excavating & Grading Co.**
Franklin App. No. 15AP–908, 2017-Ohio-1020. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. The appellant shall file a brief within 40 days, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss the case or take other action if the parties fail to timely file merit briefs. The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A).

**2017–0743. Eastland Manor Apartments, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–537.

**2017–0778. State ex rel. Honda of Am. Mfg., Inc. v. Indus. Comm.**
Franklin App. No. 15AP–1064, 2017-Ohio-2627.

**2017–0790. State ex rel. Jackson Tube Serv., Inc. v. Indus. Comm.**
Franklin App. No. 16AP–351, 2017-Ohio-1573.

**2017–0792. GC Net Lease @ (3) (Westerville) Investors, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–540.